In the United States district court
for the northern district of texas
Lubbock division

**FILED**

**June 13, 2024**

KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

FILED
JUN 11 2024 AM8:36
FILED - USDC - NDTX - LU

Robert grizzie

§

V.

§   Civil action No 5:22-cv-0017-H

§

TDCJ

§

§

524CV138

Plaintiff's motion For a Temporary Restraining order
And Request to Appoint Counsel

Sworn declaration

I Robert grizzie swear under penalty of Perjury Pursuant to
28 U.S.C. § 1746 that the Following is true and correct to the
Best of my Knowledge

Reasons for this motion ... Facts

1) Right now at the Gib lewis unit the law Library is
Refusing to Provide me with legal Research materials under
TDCJ access to Courts policy

2) they are Refusing to Provide me with weekly legal
indigent writing supplies according to TDCJ access to the
Courts Policy

3) they have Refused to Provide me with notary services in order
to effect my appeals through the 5th circuit

(1)

4) This is preventing me from filing documents and motions in this case, other cases in this court, and other cases against the state, its agents and actors.

5) I've put in over 50 requests for legal research materials. I've been given incomplete requests 3 times.

6) I've had an appeal dismissed due to their failure to do notary services

7) Despite engaging in violence against staff, setting fires, jacking open my food tray slot on a daily basis, despite speaking to every warden, major, captain, Lt, Sergeant and C/O of the unit

8) Despite writing the attorney generals office, the governors office, the 5th circuit of appeals

9) these are not the only Constitutional violations taking place here.

10) I'm being prevented from writing and filing new lawsuits against this unit. I'm being prevented from communicating with my family

11) this is affecting my mental health and physical health as it is causing me stress, decompensation, causing me to self mutilate, bang my head on the door, and desire to engage in violence against my baby sitters

12) I keep a sign on my door demanding legal research materials, notary services and indigent writing supplies

2

## Relief Requested

I'm Requesting this court to order Defendent TDCJ to provide me with

1) 3 Forms of legal Research items 3x's weekly
2) 50 Sheets of writing paper for legal purposes weekly
3) 1 pen weekly
4) 5 envelopes weekly
5) notary services when Requested as ordered by Any legitimate Court
6) Supply me with a tablet to do legal Research on as I have the funds in my account to purchase a new one, they just have me on an extensive waiting list

lastly I'm Requesting appointment of Counsel as TDCJ staff have confiscated my personal legal Books under Pretense, Are preventing me from effectively accessing the Courts, Retaliating on me for engaging in free speech, And preventing me from doing legal Research plus the fact that I'm now housed in the hole indefinately Basically due to my State of mind - Violence ... I aint accepting no more Bullshit from my Babysitters (3)

This Case is altogether Complex, I've no agency to investigate the Case

The defendants have an Army of expert witnesses willing to Say whatever they want

Most of the evidence will Require Conflicting testimony Such as to Require Skill in Presentation of evidence and in Cross examination.

Simply Put appointment of Counsel will Benefit me, the Court And the State.

See Cooper v. Sher. ff Lubbock County TX. 929 F2d 1078, 1084 (5th cir. 1991) and Parker v. Carpenter 978 F.2d 190, 191-92 (5th cir 1992)

My §1983 has Survived preliminary exploration, and Summary Judgement, In addition to a type of eventiary hearing I.E the Spears hearing.

Now I'm telling This Court now if you Deny me now do not Come at a later date And try to stick me with a lawyer, I will not accept, I will take this Case to trial And Fight as hard as I Can it'll Be a Circus Believe that

4

Plus dont give me some Rinky dinky, geek off the street lawyer, I need someone who's gonna ethically Represent me in the interest of Justice, with Respect

## certificate of service

I am unable to service copy on the defendents as they are Refusing to supply me with the supplies to do so

Robert Grizzle 6/11/24

Robert Grizzle
01998719 lewis unit
777 Fm 3497
woodville, TX 75990



Robert Grozie
0/4/87 inmates unit
777 Fm 3497
woodville,TX 75970

SHREVEPORT LA 710
5 JUN 2024    PM 1  L

RECEIVED
JUN 1 1 2024
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

U.S. D.C. for the northern district of TX
Lubbock  TX
1205 texas Ave Rm 209
lubbock TX 79401

79401-400336

5